UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DARREL L. SANDERS,<br><br>               Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Commissioner of Social Security,<br><br>               Defendant. | Case No. C15-1440-RSM-BAT<br><br>**REPORT AND RECOMMENDATION** |

Plaintiff appeals the denial of his application for Disability Insurance Benefits.  Dkt. 1. The parties stipulate the case should be reversed and remanded.  Dkt. 17.  The Court has considered the stipulation and the record and recommends the case be **REVERSED** and **REMANDED** under sentence four of 42 U.S.C. § 405(g).

On remand, the Appeals Council shall:

- Further develop the record, as necessary, and issue a new decision;

- Reevaluate plaintiff's residual functional capacity;

- Reevaluate the medical evidence of record, including but not limited to the opinions from Dr. Hoskins, Dr. Donahue, and Dr. Brown, and either incorporate into the

REPORT AND RECOMMENDATION - 1

> residual functional capacity assessment all limitations described in the medical opinions or explain why any opinions are not adopted;
> - Reassess the credibility of plaintiff's subjective complaints and other sources of evidence; and
> - Continue the sequential evaluation process, including reassessing plaintiff's ability to perform other work at step five and obtaining supplemental vocational expert evidence, as necessary.

The parties further stipulate that no aspect of the Commissioner's final decision is affirmed and judgment shall be entered for plaintiff.

Because the parties have stipulated the case be remanded as set forth above, the Court recommends that Chief United States District Judge Ricardo S. Martinez immediately approve this Report and Recommendation and order the case **REVERSED** and **REMANDED** for further administrative proceedings as set forth above. A proposed order accompanies this Report and Recommendation.

DATED this 7th day of March, 2016.

BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2